```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                                    :
WILLIAM J. SEESE,                                   :
                                                    :     CASE NO. 1:16-CV-739
            Plaintiff,                              :
                                                    :
       vs.                                          :     OPINION & ORDER
                                                    :     [Resolving Doc. 1]
NANCY A. BERRYHILL,                                 :
Acting Commissioner of Social Security              :
                                                    :
            Defendant.                              :
                                                    :
-------------------------------------------------------
```

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On April 25, 2012, Plaintiff William J. Seese applied for Disability Insurance Benefits under the Social Security Act.[1] After his application was denied, McDonald requested that an Administrative Law Judge (ALJ) consider his application.[2]

On September 16, 2014, the ALJ issued a decision denying benefits to Plaintiff Seese.[3] The Appeals Council denied McDonald's request for review.[4]

On January 29, 2016, Plaintiff McDonald filed this complaint for wrongful denial of disability benefits.[5] Consistent with Local Rule 72.2, the Court referred the matter to Magistrate Judge George J. Limbert. On January 20, 2017, Magistrate Judge Limbert issued a Report and Recommendation.[6] According to Magistrate Judge Limbert, the ALJ should have considered Plaintiff's depression when determining Plaintiff's residual functional capacity to perform light work, even though the depression itself was not a severe impairment.[7] Magistrate Judge Limbert

---

[1] Doc. 11 at 209-18.
[2] *Id.* at 66, 168-69.
[3] *Id.* at 46-59.
[4] *Id.* at 1-6.
[5] Doc. 1.
[6] Doc. 16.
[7] *Id.* at 20.

Case No. 1:16-CV-739
Gwin, J.

recommended that this Court vacate the Commissioner's denial of disability benefits and remand the case back to the ALJ for further proceedings.[8]

The Federal Magistrates Act requires a district court to conduct a de novo review only of those portions of a Report and Recommendation to which the parties have made an objection.[9] On January 23, 2017, the Social Security Commissioner filed notice that the Social Security Commissioner would not object to Magistrate Judge Limbert's Report and Recommendation.[10]

Absent objection, a district court may adopt the magistrate judge's report without review.[11] Moreover, having conducted its own review of the parties' briefs in this case, the Court agrees with the conclusions of Magistrate Judge Limbert.

Accordingly, the Court **ADOPTS** in whole Magistrate Judge Limbert's findings of fact and conclusions of law and incorporates them fully herein by reference. The Court thus **VACATES** the Commissioner's denial of benefits and **REMANDS** this case to the Administrative Law Judge for further proceedings.

IT IS SO ORDERED.

Dated: February 17, 2017                    *s/        James S. Gwin*
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE

---

[8] *Id.* at 24.
[9] 28 U.S.C. § 636(b)(1)(C).
[10] Doc. 17.
[11] *Thomas v. Arn*, 474 U.S. 140, 149 (1985).